### Harry D. MYERSON v. BLUE DIAMOND CORPORATION.

No. 5607.

Circuit Court of Appeals, Seventh Circuit.

Jan. 21, 1936.

Daniel M. Healy, of Chicago, Ill., for appellant.

George O. Bunge, of Chicago, Ill., for appellee.

Before EVANS, Circuit Judge, and BRIGGLE and WOODWARD, District Judges.

PER CURIAM.

It is now here ordered, adjudged, and decreed by this court that the order or decree of the District Court of the United States for the Northern District of Illinois, Eastern Division, in this cause appealed from be, and the same is hereby, affirmed with costs.

### PEOPLES BRIDGE COMPANY OF HARRIS-BURG, PENNSYLVANIA, Appellant, v. Guy T. HELVERING, Commissioner of Internal Revenue, Appellee.

No. 131.

Circuit Court of Appeals, Second Circuit.

Feb. 10, 1936.

Collier B. Sparger, of New York City, for appellant.

Frank J. Wideman, Asst. Atty. Gen., and L. W. Post and Sewall Key, Sp. Assts. to Atty. Gen., for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

### POSTUM COMPANY, Inc., et al., Plaintiffs-Appellants, v. Joseph T. HIGGINS, as Collector, etc., et al., Defendants-Appellees.

No. 311.

Circuit Court of Appeals, Second Circuit.

Feb. 10, 1936.

Dawes, Abbott & Littlefield, of New York City (Hamilton M. Dawes, Lester E. Waterbury, Oscar McPeak, and George S. Herr, all of New York City, of counsel), for appellants.

John Davidson, of New York City, for appellees.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order reversed in open court.

### PUBLIC BANCORPORATION, a Delaware Corporation, etc., Plaintiff-Appellant, v. PERTH AMBOY WIMSETT THRIFT CO., a New Jersey Corporation, Defendant, William D. Cantey, Franklin Commercial Discount Corporation, Harold G. Hoffman, Philip Barbash, and Samuel M. Coombs, Jr., Receiver, Appellees.

No. 6017.

Circuit Court of Appeals, Third Circuit.

Feb. 10, 1936.

Lionel P. Kristeller, of Newark, N. J., for appellant.

Atwood C. Wolf, of Jersey City, N. J., for appellees.

Before BUFFINGTON and DAVIS, Circuit Judges.

PER CURIAM.

After argument and full consideration had of all questions involved, we find no error in the action of the court below. So holding, the judgment of the court below is affirmed.